JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Eliazar Ramirez-Huerta, et al., <br><br> Petitioners, <br><br> v. <br><br> District Director, Bureau of Citizenship and Immigration Services, Los Angeles District, <br><br> Respondent. | 2:20-cv-06444-VAP-Ex <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Respondent's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Mandamus is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   2/24/21

                                              Virginia A. Phillips
                                              United States District Judge